EXHIBIT A TO SETTLEMENT AGREEMENT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

James Rutherford

    Plaintiff,

v.

Mother Cluckers, LLC, et al.

    Defendants.

Case No.: 16-cv-08144
The Honorable Andrea R. Wood

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties have entered a settlement agreement and as part of that agreement plaintiff has agreed to dismiss all claims of this suit with prejudice. Accordingly, this Suit is dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

| PLAINTIFF | DEFENDANTS |
|---|---|
| BY _[signature]_ | BY _[signature]_ |
| Lance Martin | Darrell J. Graham |
| Attorney for Plaintiff | Attorney for Defendants |
| **Attorney at Law** | **Roeser Bucheit & Graham LLC** |
| 24370 W. Old Oak Dr. | 2 N. Riverside Plaza, Ste. 1850 |
| Mundelein, IL 60060 | Chicago, IL 60606 |
| (847)932-9599 | (312) 621-0301 |

## CERTIFICATE OF SERVICE

I, Darrell J. Graham, one of the attorneys for the Defendants, certify that on January 8, 2018, I electronically filed the foregoing *Stipulated Order of Dismissal with Prejudice* with the Clerk of the Court using the ECF system. This filing was served on all parties via the ECF system.

Dated:  January 8, 2018 */s/ Darrell J. Graham*
Roeser Bucheit & Graham LLC
2 N. Riverside Plaza, Ste. 1850
Chicago, IL  60606
(312) 621-0301
dgraham@rbglegal.com